UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ONE OR MORE UNKNOWN PURCHASERS OF CALL OPTIONS FOR THE COMMON STOCK OF TXU CORP., et al.,<br><br>Defendants. | Civil Action No. 1:07cv1208<br>ECF<br>Judge Lindberg |

## AGREED MOTION TO ENTER AGREED FINAL JUDGMENTS AGAINST DEFENDANTS SUNIL SEHGAL, SEEMA SEHGAL, AND HAFIZ NASEEM

Plaintiff Securities and Exchange Commission ("Commission") files this Agreed Motion to Enter Agreed Final Judgments Against Defendants Sunil Sehgal and Seema Sehgal (together, the "Sehgal Defendants"), and Hafiz Naseem, and respectfully shows the Court as follows:

1. The Commission has engaged in settlement discussions with the Sehgal Defendants and with Hafiz Naseem (collectively, "Defendants"), resulting in the presentation of offers of settlement to the Commission, which the Commission accepted. Defendants' settlement offers are contained in their signed Consents, which the Commission is filing simultaneously with this agreed motion. True and correct copies of the Consents are attached as Exhibits A, B, and C to this motion.

2. Under the terms of the settlement agreements, Defendants have consented to the entry of final judgments that permanently restrain and enjoin them from violating, directly or indirectly, certain of the federal securities laws.

3. As a term of their Consents, Defendants have agreed that the Commission could present the Agreed Judgments to the Court without further notice. However, counsel for the Commission has conferred with counsel for each of the Defendants and represents to the Court that this motion is unopposed. The proposed Agreed Final Judgments are attached to this motion.

4. The proposed Agreed Final Judgments provide that the Defendants will remit all payments due per the terms of the Judgment to the registry of this Court. Once the funds are received, the Commission will move the Court to appoint a distribution agent to oversee the distribution of the funds to the harmed investors.

5. Accordingly, the Commission respectfully requests that the Court enter the proposed Agreed Final Judgments.

DATED: January 12, 2009 Respectfully submitted,

*/s/Jennifer D. Brandt*
JENNIFER D. BRANDT
Texas Bar No. 00796242
J. KEVIN EDMUNDSON
Texas Bar No. 24044020
STEPHEN J. KOROTASH
Oklahoma Bar No. 5102
DAVID B. REECE
Texas Bar No. 24002810

Securities and Exchange Commission
Fort Worth District Office
801 Cherry Street, 19th Floor
Fort Worth, TX 76102-6882
(817) 978-6442 (jb)
(817) 978-4927 (*fax*)

Local Counsel:

*SEC v. One or More Unknown Purchasers of Call Options* Page 2
*For the Common Stock of TXU Corp., et al.*
AGREED MOTION TO ENTER AGREED FINAL JUDGMENTS

Steven J. Levine  
Securities and Exchange Commission  
175 West Jackson Street, Suite 900  
Chicago, IL 60604-2601  
(312) 353-7390

*SEC v. One or More Unknown Purchasers of Call Options* Page 3
*For the Common Stock of TXU Corp., et al.*
AGREED MOTION TO ENTER AGREED FINAL JUDGMENTS

# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January 2009, I electronically filed the foregoing *Agreed Motion to Enter Agreed Final Judgments Against Defendants Sunil Sehgal, Seema Sehgal and Hafiz Naseem* and *Notice of Presentment* with the Clerk of the Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system which will send a notice of electronic filing to the CM/ECF participants, and also served the Motion and Notice on all known adverse parties by causing a true and correct copy thereof to be delivered to each of them in the manner indicated below:

| | |
|---|---|
| Spencer C. Barasch, Esq.<br>Andrews Kurth LLP<br>1717 Main Street, Suite 3700<br>Dallas, TX 75201<br>Counsel for Defendant Rahim<br>*Via Federal Express* | Michael Bachner, Esq.<br>Bachner & Herskovits, P.C.<br>26 Broadway, Ste. 2310<br>New York, NY 10004<br>Counsel for Defendant Naseem<br>*Via Federal Express* |
| Jeffrey Bailey, Esq.<br>Bose McKinney & Evans, LLP<br>2700 First Indiana Plaza<br>135 North Pennsylvania Street<br>Indianapolis, IN 46204<br>Counsel for the Sehgal Defendants<br>*Via Federal Express* | Marcos Montero, *Pro Se*<br>Moosgaessli 1<br>CH-8835 Feusisberg<br>Switzerland<br>*Via E-mail, monteromarcos@hotmail.com* |

Francisco Javier Garcia
c/o Swiss Federal Banking Commission
Schwanengasse 12
P.O. Box
CH-3001 Berne
Switzerland
*Via Federal Express*

/s/Jennifer D. Brandt
Jennifer D. Brandt

*SEC v. One or More Unknown Purchasers of Call Options*      Page 4
*For the Common Stock of TXU Corp., et al.*
AGREED MOTION TO ENTER AGREED FINAL JUDGMENTS